```
                                            FILED IN THE
                                          UNITED STATES
                                         BANKRUPTCY COURT

                                         2011 OCT 25 PM 4: 15

                                          DISTRICT OF UTAH
```

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Michael L. Bangerter**<br>**Christine L. Bangerter**<br>SSN: XXX-XX-0704<br>SSN: XXX-XX-6881<br><br>Debtor(s) | Case No. 09-28146 JTM<br>Chapter 7 |

### NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1.   On October 25, 2011, the Court approved the trustee's final report and proposed distribution.

2.   Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

| Claim No. | Creditor's name | Proposed Payment |
|---|---|---|
| 13. | Name | $2.12 |

3. These funds are on deposit in Bank of America, account number 4438182211.

4. A check in the amount of Two Dollars and Twelve Cents ($2.12), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** October 25, 2011

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

T\NoticeofPymtSmDividends                                2

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2011, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

Office of the United States Trustee
Attn: Rayla Meyer
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111

Michael L. Bangerter & Christine L. Bangerter
7122 Watermill Way
Salt Lake City, UT 84121

Jeremy D. Eveland
Eveland & Associates, PLLC
8833 S Redwood Rd Ste C-2
West Jordan, UT 84088